**United States District Court**
For the Northern District of California

*E-FILED*
**August 16, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA SCIENTIFIC, INC., | No. C 06-04651 RS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| RAININ INSTRUMENT, LLC., | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: August 16, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Emily A. Evans    EEvans@mofo.com, dkemp@mofo.com

Tharan Gregory Lanier    tglanier@jonesday.com, snakanomcswain@jonesday.com

Dated: August 16, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg