1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  EMILY A. EVANS (CA SBN 164147)
   EEvans@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
8  Facsimile: 650.494.0792

9  Attorneys for Defendant
   RAININ INSTRUMENT, LLC
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15  USA SCIENTIFIC, INC.,                 Case No.   C06-04651 RS

16                  Plaintiff,            **STIPULATION AND
                                          [PROPOSED] ORDER FOR
17        v.                              EXTENSION OF TIME FOR
                                          DEFENDANT TO FILE AN
18  RAININ INSTRUMENT, LLC.,              ANSWER OR OTHERWISE
                                          RESPOND TO PLAINTIFF'S
19                  Defendant.            COMPLAINT**

20

21        WHEREAS, Plaintiff USA Scientific, Inc. (USA Scientific) filed its Complaint for

22  Declaratory Judgment on July 31, 2006;

23        WHEREAS, the deadline for Defendant Rainin Instrument, LLC ("Rainin") to answer or

24  otherwise respond to the Complaint is August 21, 2006;

25        WHEREAS, Rainin seeks an extension of time to September 20, 2006 to answer, move, or

26  otherwise respond to the Complaint.

27        IT IS HEREBY STIPULATED, therefore, by and between the parties, through their

28  undersigned counsel, that

Stipulation & [Proposed] Order for Ext. of Time to File Answer or Otherwise Respond to the Complaint
Case No. C06-04651 RS
pa-1086775                                                                                        1

1. Defendant Rainin file an answer, motion, or other response to USA Scientific's Complaint on or before September 20, 2006;

Dated: August 15, 2006

HAROLD J. MCELHINNY
EMILY A. EVANS
MORRISON & FOERSTER LLP

By: s/ Emily A. Evans
Emily A. Evans

Attorneys for Defendant
RAININ INSTRUMENT, LLC

THARAN GREGORY LANIER
JONES DAY

By: s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Attorneys for Plaintiff
USA SCIENTIFIC, INC.

I, EMILY A. EVANS, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that THARAN GREGORY LANIER has concurred in this filing.

Dated: August 15, 2006

HAROLD J. MCELHINNY
EMILY A. EVANS
MORRISON & FOERSTER LLP

By: s/ Emily A. Evans
Emily A. Evans

Attorneys for Defendant
RAININ INSTRUMENT, LLC

Stipulation & [Proposed] Order for Ext. of Time to File Answer or Otherwise Respond to the Complaint
Case No. C06-04651 RS
pa-1086775

2

1 **ORDER**

3   PURSUANT TO STIPULATION of the parties and good cause appearing,

5   **IT IS SO ORDERED**.

8   Dated: __August 21, 2006__

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Stipulation & [Proposed] Order for Ext. of Time to File Answer or Otherwise Respond to the Complaint
Case No. C06-04651 RS
pa-1086775

3