1 HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
2 MORRISON & FOERSTER LLP
425 Market Street
3 San Francisco, CA  94105-2482
Telephone: 415.268.7000
4 Facsimile: 415.268.7522

5 EMILY A. EVANS (CA SBN 164147)
EEvans@mofo.com
6 MORRISON & FOERSTER LLP
755 Page Mill Road
7 Palo Alto, California  94304-1018
Telephone: 650.813.5600
8 Facsimile: 650.494.0792

9 Attorneys for Defendant
RAININ INSTRUMENT, LLC
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| USA SCIENTIFIC, INC., | Case No.   C06-04651 SBA |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL AS COUNSEL AND ORDER** |
| v. | |
| RAININ INSTRUMENT, LLC., | |
| Defendant. | Hon. Saundra Brown Armstrong |

TO THE CLERK OF THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby withdraws as counsel of record for Rainin Instrument, LLC in this case.  Rainin Instrument, LLC consents to the withdrawal.  Heller Ehrman LLP will remain as counsel of record for Rainin Instrument, LLC.

| | | |
|---|---|---|
| 1 | Dated: January 18, 2007 | **RAININ INSTRUMENT, LLC** |
| 2 | | |
| 3 | | By:   s/ James S. Petrek<br>         James S. Petrek |
| 4 | Dated: January 18, 2007 | **HELLER EHRMAN LLP**<br>ROBERT D. FRAM |
| 5 | | ROBERT T. HASLAM |
| 6 | | |
| 7 | | By:   s/ Robert D. Fram<br>         Robert D. Fram<br>         Attorneys for Defendant |
| 8 | | Rainin Instrument, LLC |
| 9 | | |
| 10 | Dated: January 18, 2007 | **MORRISON & FOERSTER LLP**<br>HAROLD J. McELHINNY |
| 11 | | EMILY A. EVANS |
| 12 | | |
| 13 | | By:   s/ Emily A. Evans<br>         Emily A. Evans |

I, Emily A. Evans, am the ECF User whose ID password is being used to file this Notice of Withdrawal as Counsel and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that James S. Petrek, and Robert D. Fram have concurred in this filing.

Dated: January 18, 2007          **MORRISON & FOERSTER LLP**
                                 HAROLD J. McELHINNY
                                 EMILY A. EVANS

                                 By:   s/ Emily A. Evans
                                          Emily A. Evans

**IT IS SO ORDERED.**

Dated: 1/22/07

_Saundra B. Armstrong_
The Honorable Saundra Brown Armstrong
United States District Judge

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER
Case No. C06-04651 SBA
pa-1113871

2