Tharan Gregory Lanier (State Bar No. 138784)
tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Hilda C. Galvan (Admitted *Pro Hac Vice*)
hcgalvan@jonesday.com
Mark N. Reiter (Admitted *Pro Hac Vice*)
mnreiter@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Attorneys for Plaintiff
USA SCIENTIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| USA SCIENTIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAININ INSTRUMENTS, LLC, <br><br> Defendant. | Case No. C 06-4651 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

WHEREAS, effective January 1, 2007, Plaintiff USA Scientific, Inc. ("USA Scientific") and Defendant Rainin Instruments, LLC ("Rainin") reached a resolution of this action, including all claims, through a settlement;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE THAT, pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein be dismissed with prejudice in their entirety. Each side shall bear their own attorneys' fees and costs incurred herein.

**IT IS SO STIPULATED**

Dated: March 16, 2007    JONES DAY

By: /S/ Tharan Gregory Lanier
    Tharan Gregory Lanier

Counsel for Plaintiff
USA SCIENTIFIC, INC.


HELLER EHRMAN LLP


By: /S/ Christopher G. Hanewicz
    Christopher G. Hanewicz

Counsel for Defendant
RAININ INSTRUMENTS, LLC

[*Order on following page*]

1
2
**ORDER**

3   **IT IS SO ORDERED.**

4
5   DATED: __3/19/07_____                    _____*Saundra B Armstrong*_____
                                              HONORABLE SAUNDRA B. ARMSTRONG
6                                             UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SVI-44765v1

- 3 -

STIPULATION AND [PROPOSED] ORDER
DISMISSING CASE WITH PREJUDICE  C 06-4651 SBA

1 ATTESTATION PURSUANT TO GENERAL ORDER 45

2 I, Tharan Gregory Lanier, attest that concurrence in the filing of the <u>STIPULATION AND

3 [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE</u> has been obtained from each

4 signatory.

5 I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct. Executed this 16th day of March, 2007 at Palo Alto, California.

/S/ Tharan Gregory Lanier<br>Tharan Gregory Lanier

SVI-44765v1

- 4 -

STIPULATION AND [PROPOSED] ORDER
DISMISSING CASE WITH PREJUDICE C 06-4651 SBA